THE CITY OF MARION CENTRE v. P. S. TOOMY.

THIS case is here on appeal from Marion district court, where *Toomy*, at October Term, 1876, had judgment. *The City of Marion Centre* brings the case here.

*C. Reed*, for appellant.

*Frank Doster*, for appellee.

*Per Curiam:* Within the authority of the cases of *The City of Salina v. Oscar Seitz*, 16 Kas. 143, and *The State of Kansas v. Young*, 17 Kas. 414, the judgment of the district court will be reversed, and the cause remanded with directions to the court below to overrule the motion of said appellee to dismiss the case against him.